1  Matthew G. Kleiner  (SBN:  024275)
   GORDON & REES LLP
2  111 West Monroe St., Suite 1111
   Phoenix, AZ  85003
3  Telephone:  (602) 794-2460
   Facsimile:  (602) 265-4716
4  Email:  mkleiner@gordonrees.com

5  Attorneys for Defendant
   ER SOLUTIONS, INC.
6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE DISTRICT OF ARIZONA

10 MIQUEAL BEYAH, an individual,              )    **CASE NO. 2:09-cv-02688-GMS**
                                              )
11                                            )    Action Filed:  December 29, 2009
                       Plaintiff,             )
12     vs.                                    )    *Honorable G. Murray Snow*
                                              )
13                                            )    **NOTICE OF SETTLEMENT**
                                              )
14 ER SOLUTIONS, INC., a Washington           )
   Corporation,                               )
15                                            )
                                              )
16                     Defendant.             )
                                              )

17       Defendant, ER SOLUTIONS, INC., by and through the undersigned counsel, hereby

18 informs the Court that a settlement of this matter has been reached.  The parties are finalizing the

19 settlement documents and terms.  ERS anticipates the settlement will be finalized and the action

20 dismissed within the next 40 days.

21

22 DATED:  April 29, 2010                          Respectfully submitted,

23                                                 GORDON & REES, LLP

24
                                                   By: /s/ *Matthew G. Kleiner*
25                                                     Matthew G. Kleiner (SBN: 024275)
                                                       GORDON & REES LLP
26                                                     Attorneys for Defendant
                                                       ER SOLUTIONS, INC.
27

28

---

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on **April 29, 2010**, a copy of the foregoing was sent to the following counsel of record via electronic mail:

Ryan Lee, Esq.
Krohn & Moss, LTD.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
E-Mail: rlee@consumerlaw.com

/s/ Matthew G. Kleiner
Mathew Kleiner, Esq.  (SBN 024275)
GORDON & REES LLP
111 West Monroe St., Suite 1111
Phoenix, AZ  85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
mkleiner@gordonrees.com
*Attorney for Defendant*
ER Solutions, Inc.