IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miqueal Beyah, an individual, | No. CV-09-2688-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| ER Solutions, Inc., a Washington corporation, | |
| Defendant. | |

Pursuant to the parties Stipulation of Dismissal (Dkt. # 13), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice.

DATED this 9th day of June, 2010.

*[signature]*
G. Murray Snow
United States District Judge